RICHARD WILLIAM PRINCE, PLAINTIFF-PETITIONER, v. SOMERSET BUS CO., INC., *ET AL.*, DEFENDANTS-RE-SPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Mr. Archie Elkins, Mr. Robert A. Elkins* and *Messrs. Adler, Mezey & Pressler* for the petitioner.

*Messrs. Rooney, Peduto & Sheehy* for the respondents.

September 14, 1964. ▮▮▮▮▮

CLIFDEN ROCKTOOL CO., INC., PLAINTIFF-PETITIONER, v. CUMMUNIPAW CENTRAL LAND COMPANY, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Van Riper & Belmont* for the petitioner.

*Messrs. Carton, Nary, Witt & Arvanitis* for the respondents.

September 14, 1964. ▮▮▮▮▮